**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7965**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DOMINIQUE A. HANKINS, a/k/a Dominique Hankins,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:12-cr-00182-RBS-LRL-1)

Submitted: April 19, 2016        Decided: April 21, 2016

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dominique A. Hankins, Appellant Pro Se. V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dominique A. Hankins appeals the district court's order denying his postjudgment motion seeking appointment of counsel and requesting to serve his federal sentence concurrently with his state sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hankins, No. 2:12-cr-00182-RBS-LRL-1 (E.D. Va. Dec. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED